# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mal Kim,
    Plaintiff,

       v.

Rigoberto Castellanos, et al.,
    Defendant.

CASE NO. CV 19-00875 DSF (SSx)

JUDGMENT OF DISMISSAL

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to prosecute,

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

    IT IS SO ORDERED.

Date: July 24, 2019

_____
Dale S. Fischer
United States District Judge